894

No. 76. SWARZ v. GOOLSBY, *ante,* p. 813;

No. 114. HENDRICKS v. SMITH, AUDITOR OF BUTLER COUNTY, ET AL., *ante,* p. 801;

No. 159. UNIVERSAL OIL PRODUCTS CO. v. CAMPBELL ET AL., *ante,* p. 850;

No. 189. LANSDEN ET AL. v. HART, U. S. ATTORNEY, ET AL., *ante,* p. 824;

No. 209. EMICH MOTORS CORP. ET AL. v. GENERAL MOTORS CORP. ET AL., *ante,* p. 808;

No. 233. STEADMAN v. SOUTH CAROLINA, *ante,* p. 850;

No. 243. EVANS v. MANNING, *ante,* p. 851;

No. 263. HINTON v. MISSISSIPPI, *ante,* p. 802; and

No. 281. UNITED STATES v. ALCEA BAND OF TILLAMOOKS ET AL., *ante,* p. 873. Petitions for rehearing in these cases denied.

No. 45, Misc. CHICK v. MOORE, WARDEN, *ante,* p. 837;

No. 80, Misc. GIBBS v. BUSHONG, SUPERINTENDENT, *ante,* p. 804;

No. 152, Misc. DUNNE v. RAILROAD RETIREMENT BOARD, *ante,* p. 854;

No. 165, Misc. ROY ET AL. v. OFFICE OF THE HOUSING EXPEDITER, *ante,* p. 855;

No. 171, Misc. HARRIS v. NEW YORK, *ante,* p. 855; and

No. 187, Misc. SHOTKIN v. PERKINS ET AL., *ante,* p. 856. Petitions for rehearing in these cases denied.

DECEMBER 4, 1950.

No. 238, Misc. KEITH v. WYOMING ET AL. The motion for leave to file petition for writ of habeas corpus is denied.

No. 241, Misc. JONES v. HOOPER ET AL., U. S. DISTRICT JUDGES. The motion for leave to file petition for writ of mandamus is denied.